**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KAREN MANERI | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | Case No. 2:17-cv-03881 |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| STARBUCKS CORPORATION | : | |
| Defendant | : | |

**ORDER**

AND NOW, this day of , 2017, upon consideration of Plaintiff's Motion to Remand this matter to State Court, and any response thereto, it is hereby ORDERED and DECREED that said Motion is granted. The within matter is hereby remanded to State Court for further proceedings.

BY THE COURT:

_______________________________
J.