# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KAREN MANERI, | : | CIVIL ACTION |
| --- | --- | --- |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| STARBUCKS CORPORATION, | : | No. 17-3881 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **29th** day of **November, 2017**, upon consideration of Karen Maneri's Motion to Remand to State Court, Defendant's response thereto, and Plaintiff's reply thereon, and for the reasons provided in this Court's Memorandum dated November 29, 2017, it is hereby **ORDERED** that:

1. The motion (Document No. 6) is **DENIED**.

2. This case shall be removed from the arbitration track.

BY THE COURT:

**Berle M. Schiller, J.**