IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN MANERI | : |
| | :     NO.   17-3881 |
| v. | : |
| STARBUCKS CORPORATION STORE #1527 | : |

### AMENDED CONFERENCE ORDER

**AND NOW**, this 17th day of July, 2019, **IT IS ORDERED** that the Court's earlier Order (Doc. No. 20) is vacated and a settlement conference in the above-captioned matter is **HEREBY RESCHEDULED** to be held before the undersigned on **WEDNESDAY, JULY 31, 2019, at 10:00 a.m.**, in Courtroom 3D, Third Floor, United States Courthouse, 601 Market St., Philadelphia, PA   19106.

Counsel **MUST** have a client with full and complete settlement authority physically present for the duration of the conference.  **FULL AND COMPLETE AUTHORITY MEANS THE PARTY'S REPRESENTATIVE MUST POSSESS AUTHORITY CONSISTENT WITH THE MOST RECENT DEMAND.**[1]

BY THE COURT:

/s/Jacob P. Hart

_____

JACOB P. HART, MJ

---

[1]    Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case **must** attend the conference.  In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend.  Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.