IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAREN MANERI : 
: NO. 17-3881
v. :
STARBUCKS CORPORATION STORE #1527 :

ORDER

AND NOW, this 31st day of October, 2019, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 24), Plaintiff's Response (Doc No. 27) and Defendant's Reply to the Response (Doc. No. 28), it is hereby ORDERED that the Motion (Doc. No, 24) is GRANTED and this action is DISMISSED with prejudice.

BY THE COURT:

/s/Jacob P. Hart
───────────────────────────
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE