IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAREN MANERI                          :
                                      :      NO. 17-3881
        v.                            :
                                      :
STARBUCKS CORPORATION STORE #1527     :

<u>ORDER</u>

AND NOW, this 31st day of October, 2019, upon consideration of Defendant's Motion to Exclude the Testimony of Plaintiff's Liability Expert (Doc. No. 23), Plaintiff's Response (Doc No. 26) and Defendant's Reply to the Response (Doc. No. 29), it is hereby ORDERED that the Motion (Doc. No, 23) is GRANTED and Plaintiff is barred from introducing the testimony of Jeffrey C. Lolli, Ed.D. at trial.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE